ACCEPTED
06-15-00053-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/15/2015 10:24:39 AM
DEBBIE AUTREY
CLERK

IN THE COURT OF APPEALS
Sixth Appellate District
State of Texas

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/15/2015 10:24:39 AM

DEBBIE AUTREY
Clerk

MIKEL EUGENE HALL, JR.,
        Appellant

v.

STATE OF TEXAS,
        Appellee

NO. 06-15-00053-CR
Trial Court #2013-F-00107

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Mikel Eugene Hall, Jr.,** Appellant, by and through his below named Attorney and pursuant to Texas Rules of Appellate Procedure, hereby requests an extension of the time period for the filing of the Appellant's Brief and in support of same would show the Court as follows:

I.

A.    This case is pending from the 5th Judicial District Court of Cass County, Texas. The date of the Judgment is March 11, 2015, with sentence being imposed by the trial court on March 11, 2015.

B.    The case was styled, "State of Texas v. Mikel Eugene Hall, Jr., Cause No. 2013F00107, Count I and Count II.

1

C.     Appellant was convicted of the offense of Indecency with Child and Sexual Assault of child.

D.     Punishment was assessed by the trial court at 15 years in the Institutional Division of the Texas Department of Criminal Justice.

E.     The Appellant's Brief is due to be filed September 10, 2015.

F.     Appellant requests an extension of the filing of Appellant's Brief of five days, making the Appellant's Brief due on September 15, 2015.

G.     Appellant's attorney has been diligent in researching and preparing the Appellant's brief for the Court however, due to counsel contracting a stomach virus, Appellant's counsel has had insufficient time to complete Appellant's brief.

H.     There has been one previous requests for extensions in this cause.

## II.

Appellant's attorney has been diligent in pursuing this appeal and is not seeking this extension for the purpose of delay.

## PRAYER

WHEREFORE, on the basis of the Texas Rules of Appellate Procedure, Appellant's attorney respectfully requests this Court to grant the Motion for Extension of Time for the filing of Appellant's Brief.

Respectfully submitted,

*/s/ Alwin A. Smith*
Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded to Ms. Courtney Shelton, 604 North Highway 8, Linden, Texas 75563, on this the 15th day of September 2015 by U.S. Mail.

*/s/ Alwin A. Smith*
Alwin A. Smith